IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. MICHAEL PEAY, JR.<br>66 S Street, N.W.<br>Washington, D.C. 20001<br><br> Plaintiff,<br><br> v.<br><br>THE HOME DEPOT, U.S.A., INC.<br>2455 Paces Ferry Road, NW<br>Atlanta, Georgia 30339-4024<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, THE HOME DEPOT, U.S.A., Inc., by and through undersigned counsel, and without waiving any defenses it may have, files this Notice of Removal to this Court pursuant to 28 U.S.C. § 1332, 1441, 1446 and hereby states as follows:

1. On or about January 17, 2006, Plaintiff, T. Michael Peay, Jr., instituted this action against Defendant by the filing of a Summons and Complaint in the Superior Court for the District of Columbia, Civil Division. This action is now pending in the Superior Court as Civil Action No.: 06-231 and has been assigned to Judge Patricia Broderick.

### Grounds for Removal

2. This Court has original jurisdiction over this action by virtue of 28 U.S.C § 1332 (a) because it involves an amount in controversy exceeding the sum or value of $75,000 and there is complete diversity of citizenship between the parties.

3. Plaintiff is and was at the timing of filing the Complaint a resident and citizen of the District of Columbia.

ALEY, ROTHMAN,
OLDSTEIN,
OSENBERG,
IG & COOPER
HARTERED

venth Floor
00 Hampden Lane
thesda, MD 20814
one (301) 656-7603
x (301) 654-7354

4. The Defendant, Home Depot U.S.A., Inc. was incorporated in the State of Delaware and has its principal place of business in Georgia.

5. Thus, there is complete diversity of citizenship between the parties in the suit. This action is of a civil nature and involves a controversy wholly between citizens of different states.

6. The value of the matter in dispute in this action exceeds Seventy-Five Thousand Dollars ($75,000.00). Plaintiff was paid at a rate of $15.86 per hour when his employment was terminated effective March 26, 2003. Thus, plaintiff has alleged as an element of his damages, his lost wages, which standing alone would exceed the $75,000 threshold. In addition to economic damages, Plaintiff seeks to recover damages for "emotion distress, damage to his reputation and good name and other damages." Together with the claim for lost wages, Plaintiff's request for an award of these combined damages plainly shows that the amount in controversy exceeds $75,000.

### Consent of Other Defendants

7. There are no other defendants who need to join or consent to this Notice of Removal.

### Timeliness of Removal

8. This Notice of Removal is timely under 28 U.S.C. §1446(b). Defendant was served through its resident agent on February 2, 2006.

### Attachment of State Court Pleadings

9. Defendants have attached to this Notice as Exhibit A, a complete copy of the state court file, including the docket sheet.

ALEY, ROTHMAN,
OLDSTEIN,
OSENBERG,
IG & COOPER
HARTERED

venth Floor
00 Hampden Lane
ethesda, MD 20814
one (301) 656-7603
x (301) 654-7354

### Notice of Removal Given to State Court

10. A Notice of Removal to Federal Court is being filled in the Superior Court for the District of Columbia, Civil Division. A copy of the notice provided to the state court is attached to this Notice as Exhibit B.

### Conclusion

11. Removal of this action is proper under 28 U.S.C. §1441 because it is a civil action brought in a state court and the federal district court has original jurisdiction pursuant to 28 U.S.C. §1332(a), diversity of citizenship.

WHEREFORE, pursuant to these statutes in conformance with requirements set forth in 28 U.S.C. § 1446, Defendant removes this action for trial from the Superior Court for the District of Columbia, Civil Division on this 22nd day of February, 2006.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD

By: _____
Hope B. Eastman, Esq., Bar No. 55517
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
(301) 951-9326
*Attorney for Defendant*

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

## Certificate of Service

I hereby certify that a true and correct copy of this document was served via first class mail, postage pre-paid, this ____ day of February, 2006 upon the following:

Robert F. Condon
818 18th Street, N.W., Suite 140
Washington D.C. 20006
(202) 861-0070

*Hope B. Eastman*
Hope B. Eastman, Esq.

ALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
IG & COOPER
CHARTERED

eventh Floor
800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354