**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

T. MICHAEL PEAY, JR. )
)
Plaintiff, )
)
v. ) Civil Action No.: 06 - 231
)
THE HOME DEPOT, U.S.A., INC. )
)
Defendant. )

**NOTICE OF FILING A NOTICE OF REMOVAL**

COMES NOW the Defendant, The Home Depot, U.S.A., Inc., by and through its undersigned counsel, gives notice of the filing of a Notice of Removal in the United States District Court for the District of Columbia effecting removal of this action to that Court, a copy of which is attached hereto.

Respectfully submitted,

PALEY, ROTHMAN, GOLDSTEIN
ROSENBERG, EIG & COOPER CHARTERED

Hope B. Eastman, Bar No. 55517
4800 Hampden Lane. 7th Floor
Bethesda, MD 20814
(301) 656-7603
Attorneys for Defendant

LEY, ROTHMAN,
OLDSTEIN,
OSENBERG,
G & COOPER
HARTERED

venth Floor
00 Hampden Lane
thesda, MD 20814
one (301) 656-7603
x (301) 654-7354

**Certificate of Service**

I hereby certify that a true and correct copy of this document was served via first class mail, postage pre-paid, this 22 day of February, 2006 upon the following:

Robert F. Condon
818 18th Street, N.W., Suite 140
Washington D.C. 20006
(202) 861-0070

Hope B. Eastman, Esq.

ALEY, ROTHMAN,
OLDSTEIN,
OSENBERG,
G & COOPER
HARTERED

venth Floor
00 Hampden Lane
thesda, MD 20814
one (301) 656-7603
x (301) 654-7354