CO-386-online
10/03

# United States District Court
# For the District of Columbia

T. Michael Peay, Jr.  )
66 S Street, N.W.  )
Washington, D.C. 20001 )
         )
    Plaintiff )  Civil Action No._____
  vs      )
Home Depot, Inc.   )
2455 Paces Ferry Road, N.W. )
Atlanta, GA   30339-4024 )
         )
    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ___Home Depot, Inc.___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Home Depot, Inc.___ which have any outstanding securities in the hands of the public:

  See attached list of Home Depot, Inc. Subsidiaries

These representations are made in order that judges of this court may determine the need for recusal.

              Attorney of Record
              _____
              Signature

___55517___
BAR IDENTIFICATION NO.

              Hope B. Eastman
              Print Name

              ___4800 Hampden Lane, 7th Floor___
              Address

              ___Bethesda, MD  20814___
              City  State  Zip Code

              ___(301) 951-9326___
              Phone Number

THE HOME DEPOT, INC.
DOMESTIC AND INTERNATIONAL SUBSIDIARIES

3589196 CANADA LIMITED

3807908 CANADA LIMITED

3807916 CANADA LIMITED

6065546 CANADA INC.

6098941 CANADA INC.

APEX SUPPLY COMPANY, INC.

ARVADA HARDWOOD FLOOR COMPANY

ASOCIADOS HOME DEPOT S.A. de C.V.

BRAFASCO HOLDINGS, INC.

BRAFASCO HOLDINGS II, INC.

BRAMPTON FASTENER CO. LTD.

BROWN JET CENTER, INC.

C&J FASTENERS, INC.

CHEM-DRY CORPORATE SERVICES, INC.

CHEM-DRY LIMITED

CLUB de COMPRAS S.A. de C.V.

CONTRACTORS' WAREHOUSE, LLC

CREATIVE TOUCH INTERIORS, INC.

CROWN BOLT, LLC

DEVERE INTERNATIONAL, INC.

FLOORS, INC.

FLOORWORKS, INC.

GLENMAC MANAGEMENT INC.

GO BLUE, INC.

GRAND FLOOR DESIGNS, INC.

H.D.V.I. HOLDING COMPANY, INC.

HARRIS RESEARCH, INC.

HD ASIA HOLDING COMPANY, LTD

HD BUILDER SOLUTIONS GROUP, INC.

HD CANADA REALTY LP

HD CHINA BUSINESS TRUSTEE, LLC

HD DEVELOPMENT HOLDINGS, INC.

HD DEVELOPMENT OF MARYLAND, INC.

HD DEVELOPMENT PROPERTIES, L.P.

HD MEXICO TRADING CO., INC.

HD SOUTH BRONX DC, LLC

HD TRUST BENEFICIARY I, INC.

HD TRUST BENEFICIARY II, INC.

HD USA MEXICO HOLDING COMPANY, INC.

HOME DEPOT (U.K.) LTD.

HOME DEPOT CANADA GP INC.

HOME DEPOT CANADA LP

HOME DEPOT CHINA RETAIL CO., LTD.

HOME DEPOT CONVENIENCE, LLC

HOME DEPOT CORPORATE MANAGEMENT CONSULTANCY CO., LTD.

HOME DEPOT ENTERPRISES U.L.C.

HOME DEPOT HOLDINGS INC. (CANADA)

HOME DEPOT INCENTIVES, INC.

HOME DEPOT INSTALLATION SERVICES, INC.

HOME DEPOT INTERNATIONAL, INC.

HOME DEPOT MEXICO S. de R.L. de C.V.

HOME DEPOT NEW MARKETS CORP., INC.

HOME DEPOT NOVA SCOTIA INVESTMENTS (B1) U.L.C.

HOME DEPOT NOVA SCOTIA INVESTMENTS (B2) U.L.C.

HOME DEPOT NOVA SCOTIA INVESTMENTS (S) U.L.C.

HOME DEPOT NRO HOLDINGS INC. C/O BURNET, DUCKWORTH & PALMER

HOME DEPOT OF CANADA INC.

HOME DEPOT PR HOLDINGS, INC.

HOME DEPOT PROCUREMENT SERVICES CONSULTANCY (SHANGHAI) CO., LTD.

HOME DEPOT PUERTO RICO, INC.

HOME DEPOT REALTY ALBERTA LIMITED PARTNERSHIP

HOME DEPOT REALTY DEVELOPMENT, INC.

HOME DEPOT REALTY NOVA SCOTIA LIMITED PARTNERSHIP

HOME DEPOT REALTY U.L.C.
HOME DEPOT SERVICES, LLC
HOME DEPOT U.S.A., INC.
HOME MART MEXICO, S.A. de C.V.
HOME MART S.A. de C.V.
HOMER TLC, INC.
HOMERISK ASSURANCE LTD
HOMERLEASE CO., INC.
JABS REALTY, INC.
LEON MART S.A. de C.V.
MAINTENANCE WAREHOUSE INTERNATIONAL, INC.
NATIONAL WATERWORKS, INC.
NEWCO PRODUCTIONS L.L.C.
OPERADORA HOME MART S.A. de C.V.
SERVICIOS CORPORATIVOS HOME MART S.A. de C. V.
SERVICIOS HOME DEPOT S.A. de C.V. (fka TOTAL HOME, S.A. de C.V.)
SERVICIOS MADERERIA del NORTE, S.A. de C.V.
SOUTHEAST PROPERTIES INC.
THD (BERMUDA), LTD.
THD AT-HOME SERVICES, INC.
THE HOME DEPOT SPECIAL SERVICES, INC.
THE HOME DEPOT SUPPLY, INC.
TRUE BLUE COUNTRY LAKES LIMITED PARTNERSHIP
TRUE BLUE VENTURES, INC.
UNIMART S.A. de C.V.
UTILITY SUPPLY OF AMERICA, INC.
WHITE CAP CONSTRUCTION SUPPLY, INC.
WHITE CAP INDUSTRIES, INC.
WILLIAMS BROS. LUMBER COMPANY, LLC
YOUR OTHER WAREHOUSE, LLC