IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T. MICHAEL PEAY, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-cv- 0313 EGS |
| | ) | |
| THE HOME DEPOT, U.S.A., INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Counsel for Defendant, THE HOME DEPOT, U.S.A., Inc., hereby moves for an extension of time to answer or otherwise respond to Plaintiff's Complaint until April 17, 2006. Opposing counsel for Plaintiff, T. Michael Peay, Jr., has consented to this motion.

|  | PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD |
|---|---|
| By: _Robert F. Condon by HBE_ | By: _Hope B. Eastman_ |
| Robert F. Condon, Esq., Bar No. 108290 | Hope B. Eastman, Esq., Bar No. 55517 |
| 818 18th Street, N.W., Suite 410 | 4800 Hampden Lane, 7th Floor |
| Washington, D.C. 20006 | Bethesda, Maryland 20814 |
| (202) 861-0070 | (301) 951-9326 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. MICHAEL PEAY, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 06-cv- 0313 EGS |
| | ) |
| THE HOME DEPOT, U.S.A., INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time, it is this

_____ day of _____, 2006 by the District Court for the District of Columbia,

ORDERED, that the Consent Motion for Extension of Time be, and the same hereby is GRANTED; and it is further

ORDERED, that the time for filing an Answer or otherwise responding to Plaintiff's Complaint, and the same is hereby, extended to April 17, 2006.

_____
The Honorable Emmet G. Sullivan
United States District Court Judge