IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **T. MICHAEL PEAY, JR.**         ) | |
|                                                         ) | |
| **Plaintiff.**                               ) | |
|                                                         ) | |
| Vs.                                               ) | C.A. No. 1:06 cv 313 |
|                                                         ) | Judge Emmet Sullivan |
| **THE HOME DEPOT, U.S.A.,**  ) | |
| **INC.**                                       ) | |

## PRAECIPE

The Clerk will please enter in the record of the within matter that the case is dismissed with prejudice, as settled.

                                                Respectfully submitted,

                                                /s/ Robert F. Condon
                                                /s/ Joseph A. Artabane

                                                Robert F. Condon, #108290
                                                Joseph A. Artabane, #201830
                                                818 18th Street, N.W., Suite 410
                                                Washington, D.C. 20006
                                                rfcondon@artabane-belden.com
                                                jaartabane@artabane-belden.com
                                                (202) 861-0070 t.
                                                (202) 861-2939 f.
                                                Attorneys for Plaintiff

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Praecipe dismissing the case was mailed postage prepaid to:

                Hope B.Eastman, Esq.
                Paley, Rothman, et al.
                4800 Hampden Lane, 7th Floor
                Bethesda, Maryland 20814

                                                ____/s/ Joseph A. Artabane_____
                                                Joseph A. Artabane